Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
Lea Haber Kuck (LK-5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| NEIL L. SCLATER-BOOTH, Individually and On Behalf of All Others Similarly Situated, | : : : | 07 Civ. 3476 |
| Plaintiff, | : : | ECF Case |
| - against – | : : | Electronically Filed |
| SCOR S.A. AND PATINEX A.G., | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **DEFENDANT SCOR S.A.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the Declaration of Joseph N. Sacca dated May 8, 2007 and the exhibits annexed thereto, and the accompanying Memorandum of Law in support of its motion to dismiss the complaint, Defendant SCOR S.A. will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an Order dismissing the complaint herein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 8, 2007

/s/ Joseph N. Sacca
Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
Lea Haber Kuck (LK-5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant SCOR S.A.

TO:

Joseph H. Weiss, Esq.
Jack L. Zwick, Esq.
WEISS & LURIE
551 Fifth Avenue
New York, New York 10176
(212) 682-3025

Seth D. Rigrodsky, Esq.
Brian D. Long, Esq.
RIGRODSKY & LONG, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19803
(302) 295-5310

Attorneys for Plaintiff Neil L. Sclater-Booth