Jay B. Kasner (JK-7910)
Joseph N. Sacca (JS-9435)
Lea Haber Kuck (LK-5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| NEIL L. SCLATER-BOOTH, Individually and On Behalf of All Others Similarly Situated, | 07 Civ. 3476 |
| Plaintiff, | ECF Case |
| - against – | Electronically Filed |
| SCOR S.A. AND PATINEX A.G., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF JOSEPH N. SACCA
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

I, Joseph N. Sacca, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of this Court and of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant SCOR S.A. ("SCOR") in the above-captioned matter.

2. I submit this declaration in support of SCOR's Motion to Dismiss the Complaint, and to place before the Court true and correct copies of the following documents:

   Exhibit A:  SCOR's Memorandum of Law in support of its motion to dismiss the complaint in the action entitled <u>Converium Holding AG v. SCOR S.A. and Patinex AG</u>, No. 07-CV-3042 (GEL), filed April 30, 2007.

   Exhibit B:  Declaration of Joseph N. Sacca in support of SCOR's motion to dismiss the in the action entitled <u>Converium Holding AG v. SCOR S.A. and Patinex AG</u>, No. 07-CV-3042 (GEL), filed April 30, 2007 (with exhibits).

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 8, 2007

/s/ Joseph N. Sacca
Joseph N. Sacca