UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SCLATER-BOOTH,

        Plaintiff,

   -against-

SCOR, S.A.,

        Defendant.
------------------------------------------------------------x

07 Civ. 3476 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having advised the Court that they have agreed in principle to a settlement of the case, to be submitted in due course for prelimary approval and for scheduling of class notice and a fairness hearing, it is hereby ORDERED that:

    Defendant's motion to dismiss is deemed withdrawn without prejudice to a renewal if the settlement should fail.

SO ORDERED.

Dated: New York, New York
       July 23, 2007

_____
GERARD E. LYNCH
United States District Judge