UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL L. SCLATER-BOOTH, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>SCOR, S.A., and PATINEX AG,<br><br>     Defendants. | Civil Action No. 07-CV-3476 (GEL) |

### TRANSMITTAL AFFIDAVIT OF BRIAN D. LONG IN SUPPORT OF PROPOSED SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

BRIAN D. LONG, being duly sworn, does hereby state as follows:

A. I am a shareholder in the law firm of Rigrodsky & Long, P.A. ("Rigrodsky & Long") and am admitted to practice law in the State of Delaware. Rigrodsky & Long is one of plaintiff's counsel in the above-referenced action.

B. I submit this transmittal affidavit in support of Plaintiff's Memorandum of Law in Support of Final Approval of Settlement and Certification of the Class for the Settlement Purposes Plaintiff's Memorandum of Law in Support of Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses being filed with the Court on this date.

C. Attached hereto as exhibits are true and correct copies of the following documents:

  Exhibit 1  Class Action Complaint filed with the Court on May 1, 2007;

  Exhibit 2  Stipulation of Agreement and Settlement dated May 24, 2007;

| | |
|---|---|
| Exhibit 3 | May 10, 2007 press release advising Converium's shareholders of SCOR's improved offer; |
| Exhibit 4 | Scheduling Order Concerning Notice and Hearing on Settlement granted November 13, 2007; |
| Exhibit 5 | August 30, 2007 press release announcing that Converium shareholders had approved a takeover by SCOR; |
| Exhibit 6 | Affidavit of Paul Mulholland, CPA, CVA, Concerning Mailing of Notice to Class Members of Proposed Settlement of Class Action dated January 25, 2008; |
| Exhibit 7 | November 8, 2007 letter to Judge Gerard E. Lynch re: Settlement; |
| Exhibit 8 | August 8, 2007 press release advising that SCOR had successfully settled the offer for Converium; and |
| Exhibit 9 | January 25, 2008 Form 13E-3 filed by SCOR Holding (Switzerland) Ltd. with the SEC. |

Dated: February 1, 2008

_____
Brian D. Long

SWORN TO AND SUBSCRIBED
BEFORE ME this 1st day of February, 2008.

_____
Notary Public

NOAH R. WORTMAN
NOTARY PUBLIC
STATE OF DELAWARE

My Commission Expires: My Commission Expires April 4, 2008

2