# EXHIBIT 5



News release
**Converium Holding Ltd, Zurich**

**Zurich, Switzerland – August 30, 2007 – Converium Extraordinary General Meeting approves new Board and name change to SCOR Holding (Switzerland) Ltd.**

The Converium Extraordinary General Meeting (EGM) has elected the following members (please see www.converium.com for detailed CVs):

- Denis Kessler (55, French citizen), Chairman and Chief Executive Officer of SCOR since November 4, 2002.
- Jean-Luc Besson (59, French citizen), Chief Risk Officer of SCOR since July 1, 2004.
- Victor Peignet (49, French citizen), Chief Executive Officer, SCOR GLOBAL P&C - Worldwide since July 5, 2005.
- Gilles Meyer (49, French and Swiss citizen), Director of Business Unit 1 of SCOR Global Life since November 23, 2006
- Georges Chodron de Courcel (57, French citizen), Head of Corporate Investment Banking at BNP Paribas and non-voting member of the Board of SCOR.
- Jürg Marty (63, Swiss citizen), Managing Director for all common activities of the Swiss Public Building Insurance Companies, especially CEO of the Intercantonal Union of Reinsurance and CEO of the Swiss Pool for Earthquake Cover.
- J. Friedrich Sauerländer (65, Swiss citizen), serving as Chairman or Member of the Board of a number of companies and foundations.

The new members replace Converium's prior Board members, all of whom stepped down with effect as of today's EGM.

The other agenda items for the EGM were the discharge of the current Board of Directors and SCOR's proposition to change the name of the company from Converium Holding AG to SCOR Holding (Switzerland) Ltd. These agenda items were equally approved.

At today's Extraordinary General Meeting of Converium in Zurich, a total of 20 shareholders attended the meeting, held at Converium's headquarters, representing 143'264'212 voting shares or 97.66% of share capital.

"With the takeover of Converium by SCOR, a successful Swiss company is losing its independence. Converium is heading to its new owner as a healthy company," said Markus Dennler, the departing Chairman of the Board, in his speech to shareholders.

At the subsequent Constituent Board Meeting of Thursday, 30 August 2007, the new Board members unanimously elected Denis Kessler as the Chairman and Jürg Marty as the Vice-Chairman of the Board of Directors of SCOR Holding (Switzerland) Ltd.

Going forward, the constitution of the Audit Committee will consist of Jürg Marty and J. Friedrich Sauerländer, the latter being the Audit Committee Financial Expert in line with the Item 401 (h) of the SEC Regulation S-K and 16A of Form 20-F.



The newly elected Board will appoint a new Executive Committee of the Swiss Company within the next few days.

The speech given by Markus Dennler at the EGM is available on the webpage.

**Enquiries**

Beat W. Werder
Head of Public Relations
beat.werder@converium.com
Phone:   +41 44 639 90 22
Fax:       +41 44 639 70 22

Dr. Kai-Uwe Schanz
Chief Communication & Corporate Development Officer
kai-uwe.schanz@converium.com
Phone:   +41 44 639 90 35
Fax:       +41 44 639 70 35

Marco Circelli
Head of Investor Relations
marco.circelli@converium.com
Phone:   +41 44 639 91 31
Fax:       +41 44 639 71 31

Inken Ehrich
Investor Relations Specialist
inken.ehrich@converium.com
Phone:   +41 44 639 90 94
Fax:       +41 44 639 70 94

**Converium / SCOR Holding (Switzerland) Ltd.**

Converium / SCOR Holding (Switzerland) Ltd. is a member of the SCOR Group and based in Zurich, Switzerland. The Company has an "A-" ("strong") financial strength rating (outlook stable) from Standard & Poor's and a "A-" ("excellent") financial strength rating (outlook stable) from A.M. Best Company.