# EXHIBIT 7

# WEISS & LURIE

The Fred French Building
551 Fifth Avenue
New York, New York 10176
TEL. (212) 682-3025
FAX (212) 682-3010

New York   Los Angeles

November 8, 2007

**BY HAND**

Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 910
New York, New York 10007

      Re:    *Sclater-Booth v. SCOR, S.A., 07 cv 3476 (GEL)*

Dear Judge Lynch:

      We are pleased to report that the parties have reached a settlement of the captioned litigation and have documented that settlement in a formal Stipulation of Settlement. Because this case involves the settlement of a class action, we turn to Your Honor to entry of the accompanying Scheduling Order for approval of the Notice to the Class and setting a Final Hearing date, as contemplated by the settlement. In that connection, we enclose the: (i) Stipulation of Settlement (previously submitted to the Court on June 27, 2007); (ii) Scheduling Order (also included separately for the Court's consideration and signature); (iii) Notice of Pendency of Class Action, Proposed Settlement of Class Action, Settlement Hearing, and Right to Appear (the "Notice"); and (iv) [Proposed] Order and Final Judgment (the "Final Judgment"), the last of which requires no action at this time.

      The settlement contemplates the fixing of later events by the date the Scheduling Order is signed by Your Honor, as summarized below. We respectfully recommend a Settlement Hearing approximately 75 days from the signing of the Scheduling Order. This will provide enough time for the Notice to be disseminated to the Settlement Class, to receive any objections concerning the Settlement, and for plaintiff's counsel to submit their papers in support of final approval of the Settlement and an award of fees and reimbursement of expenses.

      Once the Scheduling Order has been signed and the date for the Settlement Hearing has been set by the Court, the Scheduling Order provides for the following schedule:

**WEISS & LURIE**

Honorable Gerard E. Lynch
November 8, 2007
Page 2 of 2

| | |
|---|---|
| Within 15 business days following signing of Scheduling Order | Notice is to be mailed to the Settlement Class. |
| 10 calendar days prior to Settlement Fairness Hearing | Deadline for Settlement Class Members to file written objections to the Settlement or plaintiff's counsel's request for attorneys' fees and expenses. |
| 5 calendar days before Settlement Hearing | Plaintiff's Counsel shall submit any briefs, affidavits, papers, and any documentation in support of Settlement approval and plaintiff's counsel's request for attorneys' fees and expenses. |

     Accordingly, we respectfully suggest that there is sufficient time for the necessary events to be completed if the Settlement Hearing is set for the morning on any date during the weeks of either January 28 or February 4, 2008 (assuming the Scheduling Order can be signed by the end of the third week of November, 2007). The defendants join in this request and together we thank Your Honor for consideration of this matter.

                                Respectfully submitted,

                                James E. Tullman

Enclosures

cc:    Joseph H. Weiss, Esq.
       Joseph N. Sacca, Esq.
       Gary J. Hacker, Esq.
       Brian D. Long, Esq.